# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-mj-20617-CEA-H |
| Plaintiff-Appellee, | |
| v. | ORDER DENYING MOTION TO STAY APPELLATE PROCEEDINGS |
| DAVID ANTONIO SOTO-FELIX, | |
| Defendant-Appellant. | |

On August 16, 2018, Defendant-Appellant Joaquin Valdivia-Munoz filed a notice of appeal to this Court from the judgment issued by Magistrate Judge Clinton Averitte (Doc. No. 10.) On September 17, 2018, the Court issued a briefing schedule setting deadlines for the parties to file their briefs. (Doc. No. 15.) On September 27, 2018, the parties filed a joint motion to stay the appellate proceedings in this case pending resolution of cases before the United States Court of Appeals for the Ninth Circuit. (Doc. No. 16.)

Exercising the Court's discretion, the Court DENIES the parties' motion to stay the appellate proceedings in this case. See Yong v. I.N.S., 208 F.3d 1116 (9th Cir. 2000) (Holding that the district court abused its discretion in staying the case pending resolution of an appeal in another case presenting the same issues, given the potential length of time it may take to resolve the appeal in the other case.).

IT IS SO ORDERED.

DATED: October 1, 2018

_____
HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE

-1-